AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  Case: 1:22-cr-00377 |
| v. | )  Assigned To : Jackson, Amy B. |
| ROBBIE TERRELL CLARK | )  Assign. Date : 8/10/2023 |
|  | )  Description: Superseding Indictment (B) |
|  | )  Related Case: 22-cr-377 (ABJ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROBBIE TERRELL CLARK

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) 18 U.S.C. § 1951(a) (Conspiracy to Interfere with Interstate Commerce by Robbery); (2) 18 U.S.C. § 1201(c) (Conspiracy to Commit Kidnapping); (3) 18 U.S.C. §2261A (Interstate Stalking); and (4) 18 U.S.C. § 2314 (Interstate Transportation of Stolen Property).

Date: 08/10/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.10 16:29:11 -04'00'

*Issuing officer's signature*

City and state: Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/10/23, and the person was arrested on *(date)* 8/16/23
at *(city and state)* Washington, DC

Date: 8/16/23

*Arresting officer's signature*

JON COMOTTOR, SPECIAL AGENT
*Printed name and title*